Kelly A. Evans, Esq. (SBN 7691)
Paige S. Prado, Esq. (SBN 16001)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
kevans@efsmmlaw.com
pprado@efsmmlaw.com

Benjamin Margo (pro hac vice forthcoming)
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (212) 999-5800
bmargo@wsgr.com

*Attorneys for Defendant OpenAI, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| MICHAEL ERICKSON, | **Case No.** |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| OPENAI, INC.; | |
| Defendant. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, and 1446, Defendant OpenAI Foundation [1] ("Defendant" or "OpenAI") hereby gives notice of the removal of the above-titled action to this Court from the Judicial District Court of Clark County, Nevada. OpenAI is the sole defendant in the case. In support of its Notice of Removal, Defendant states as follows:

---

[1] On October 28, 2025, OpenAI, Inc. changed its name to OpenAI Foundation. *See* https://openai.com/index/built-to-benefit-everyone/ ("OpenAI has completed its recapitalization,

Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

1. *Pro se* Plaintiff Michael Erickson ("Plaintiff") commenced the above-titled action in the Judicial District Court of Clark County, Nevada, on or about December 22, 2025, by filing his Petition in the case styled *Michael Erickson v. OpenAI Inc.*, Case No. A-25-935656-C, against Defendant OpenAI, Inc.

2. The Summons and Complaint were served on OpenAI on December 26, 2025, through its registered agent in Wilmington, Delaware. This Notice of Removal is therefore timely because it is filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b)(1).

3. Venue is proper in this Court because Plaintiff filed his Complaint in the Eighth Judicial District Court of Clark County, Nevada, which is located in the District of Nevada.

4. The Court has original jurisdiction over the state court action under 28 U.S.C. § 1331 because the Complaint asserts violations of federal intellectual property laws. The court also has original jurisdiction under 28 U.S.C. § 1332 because there is jurisdiction based on diversity of citizenship.

5. 28 U.S.C. § 1331 provides that federal district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States.

6. Plaintiff's Complaint alleges that OpenAI "violated the plaintiff's exclusive rights to his Content, thus violating infringement laws." Compl. 7. While far from clear, this allegation appears to assert violations of copyright or patent laws, e.g., under the Copyright Act, 17 U.S.C. §§ 101 et seq., or 35 U.S.C. § 271.

7. 28 U.S.C. § 1332(a)(1) provides that federal district courts shall have original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states.

8. The Complaint alleges damages of "$3 billion United States dollars from the defendant." Compl. 7.

9. Thus, Plaintiff has alleged an amount in controversy that exceeds $75,000.00, exclusive of interest and costs, satisfying the jurisdictional amount requirement.

---

simplifying its corporate structure. The nonprofit remains in control of the for-profit, …. The nonprofit[] [is] now called the OpenAI Foundation[.]").

- 2 -

10. Under 28 U.S.C. § 1332(c)(1), a corporation shall be deemed a citizen of every State by which it has been incorporated and of the State where it has its principal place of business.

11. The Summons in this case prepared by Plaintiff lists his address at 4450 South Hualapai Way #2304, Las Vegas, Nevada. Upon information and belief, Plaintiff resides in and is a citizen of the State of Nevada.

12. OpenAI, the sole named defendant in this case, is a Delaware corporation with its principal place of business in San Francisco, California.

13. Thus, this action is between citizens of different states, satisfying the diversity requirement.

14. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of its filing of this Notice of Removal to Plaintiff.  Defendant will also promptly file a copy of this Notice with the Eighth Judicial District Court of Clark County, Nevada.

15. No previous application has been made for the relief requested herein.

16. OpenAI has not filed a responsive pleading or a motion in this action.

17. Under Fed. R. Civ. P. 81(c)(2), OpenAI's deadline to respond to the Complaint is the later of either (a) 21 days after service of the complaint, or (b) 7 days from the removal of this action, unless otherwise extended by agreement of the parties or by the Court.

18. Pursuant to 28 U.S.C. § 1446(a), copies of the state court file, including all process, pleadings, and orders served upon Defendant in this action, are attached to this Notice as **Exhibit A**.

19. In filing this Notice of Removal, OpenAI does not waive any defenses, counterclaims, rights to transfer or compel arbitration, or any other rights that may be available to OpenAI.

WHEREFORE, Defendant, by and through counsel, desiring to remove this civil action to the United States District Court for the District of Nevada, prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the clerk of Judicial District Court of Clark County, Nevada, shall effect the removal of said civil action to this Honorable Court.

Dated: January 15, 2026.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Paige S. Prado*

Kelly A. Evans, Esq. (SBN 7691)
Paige S. Prado, Esq. (SBN 16001)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Benjamin Margo (pro hac vice forthcoming)
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304

*Attorneys for Defendant OpenAI, Inc.*

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of **NOTICE OF REMOVAL** was served on counsel of record January 15, 2026, using the Court's CM/ECF System and served via U.S. Mail to:

Michael Erickson
4450 South Hualapai Way #2304
Las Vegas, NV 89147

/s/ Faith Radford
An Employee of Evans Fears Schuttert McNulty Mickus