# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:26−cv−00083−JAD−BNW

Erickson v. OpenAI, Inc.  
Assigned to: Judge Jennifer A. Dorsey  
Referred to: Magistrate Judge Brenda Weksler  
Case in other court:  Eighth Judicial District Court, A−25−935656−C  
Cause: 28:1338 Copyright Infringement

Date Filed: 01/15/2026  
Jury Demand: None  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Michael Erickson**  represented by  **Michael Erickson**  
4450 South Hualapai Way, #2304  
Las Vegas, NV 89147  
PRO SE

V.

**Defendant**

**OpenAI, Inc.**  represented by  **Benjamin Margo**  
Wilson Sonsini Goodrich & Rosati  
650 Page Mill Road  
Palo Alto, CA 94304  
212−999−5800  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Kelly A. Evans**  
Evans Fears & Schuttert LLP  
6720 Via Austi Parkway, Suite 300  
Las Vegas, NV 89119  
702−805−0290  
Fax: 702−805−0291  
Email: kevans@efstriallaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Paige S. Prado**  
Evans Fears & Schuttert LLP  
6720 Via Austi Parkway, Suite 300  
Las Vegas, NV 89119  
702−805−0290  
Fax: 702−805−0291  
Email: psilva@efstriallaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2026 | Ï 1 | |

|  |  |  |
|---|---|---|
|  |  | PETITION FOR REMOVAL from Eighth Judicial District Court, Case Number A−25−935656−C, (Filing fee $ 405 receipt number ANVDC−8323489) by OpenAI, Inc.. Certificate of Interested Parties is due by 1/25/2026. (Attachments: # 1 Exhibit A − All process, pleadings, and orders filed in the state court action, # 2 Civil Cover Sheet) (Prado, Paige)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1−1, a party must <u>immediately</u> file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 01/15/2026) |
| 01/15/2026 | Ï 2 | CERTIFICATE of Interested Parties by OpenAI, Inc. that identifies all parties that have an interest in the outcome of this case. Other Affiliate OpenAI Foundation for OpenAI, Inc. added. (Prado, Paige) (Entered: 01/15/2026) |
| 01/15/2026 | Ï | Case randomly assigned to Judge Jennifer A. Dorsey and Magistrate Judge Brenda Weksler. (AMMi) (Entered: 01/16/2026) |
| 01/16/2026 | Ï 3 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 1/16/2026. By Deputy Clerk: A. Miller. Statement regarding removed action is due by 1/31/2026. Joint Status Report regarding removed action is due by 2/15/2026. (Copies have been distributed pursuant to the NEF − AMMi) (Entered: 01/16/2026) |
| 01/16/2026 | Ï 4 | AO 121 − REPORT on the filing or determination of an action or appeal regarding a copyright. E−mailed to the Register of Copyrights, Copyright Office. (Attachments: # 1 Notice of Removal & State Court Pleadings) (AMMi) (Entered: 01/16/2026) |
| 01/16/2026 | Ï 5 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 11−2. Counsel Benjamin Margo to comply with completion and filing of the Verified Petition and Designation of Local Counsel. The form is available on the Court's website − www.nvd.uscourts.gov. Counsel is required to register for the court's electronic filing system at PACER **www.pacer.gov** to register Attorney. Verified Petition is due by 1/30/2026. **(no image attached)** (AMMi) (Entered: 01/16/2026) |
| 01/21/2026 | Ï 7 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 1/21/2026.<br><br>Defendant appeared at ECF No. 1. This appearance triggered the Court's 30−day deadline for the parties' Rule 26(f) conference, which, in turn, triggers the 14−day deadline for the parties' proposed discovery plan and scheduling order ("DPSO"). *See* Local Rule 26−1(a). Accordingly, the parties' DPSO is due by 3/2/2026.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF − KNH) (Entered: 01/21/2026) |
| 01/22/2026 | Ï 8 | MOTION to Seal Document by Defendant OpenAI, Inc.. Responses are due by 2/5/2026. (Prado, Paige) (Entered: 01/22/2026) |
| 01/22/2026 | Ï 10 | MOTION to Stay Case by Defendant OpenAI, Inc.. Responses are due by 2/5/2026. (Prado, Paige) (Entered: 01/22/2026) |
| 01/29/2026 | Ï 11 | STATEMENT REGARDING REMOVAL by Defendant OpenAI, Inc.. (Prado, Paige) (Entered: 01/29/2026) |
| 01/30/2026 | Ï 12 | **See 14 Notice of Corrected Image** MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Benjamin D. Margo and DESIGNATION of Local Counsel Paige S. Prado (Filing fee $ 250 receipt number ANVDC−8343052) by Defendant OpenAI, Inc... (Prado, Paige) Modified on 2/3/2026 (JQC). (Entered: 01/30/2026) |
| 01/30/2026 | Ï 13 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 1/30/2026. |

| | | |
|---|---|---|
| | | **NOTICE OF ACTION REQUIRED.** Re: 12 The verified petition does not comply with LR IA 11–2(a) and (b)(3). Counsel failed to attach the required "certification issued within six months before the date of filing of the verified petition [showing] that the applicant's membership is in good standing from the state bar or from the clerk of court of the supreme court or highest admitting court of **every** state, territory, or insular possession of the United States in which the applicant has been admitted to practice law." Counsel filed a certificate of good standing from New York, but the petition states that the petitioner is also admitted in California and the District of Columbia. Counsel also failed to provide the party's signature and name on the final page of the petition.<br><br>Counsel is advised to obtain the required certifications, attach the certifications to an amended petition with the missing signature, file the amended petition under the event titled "Notice of Corrected Image/Document," and link the amended petition to the originally filed petition **within 10 days** of this order.<br><br>(Copies have been distributed pursuant to the NEF – MH) (Entered: 01/30/2026) |
| 02/02/2026 | 14 | NOTICE of Corrected Image/Document re 12 Motion for Permission to Practice Pro Hac Vice – Verified Petition for attorney Benjamin D. Margo, by Defendant OpenAI, Inc.. (Service of corrected image is attached.) (Prado, Paige) (Entered: 02/02/2026) |
| 02/03/2026 | 15 | ORDER Granting 12 Verified Petition for Permission to Practice Pro Hac Vice Attorney Benjamin Margo and approving Designation of Local Counsel Paige S. Prado. Signed by Judge Jennifer A. Dorsey on 2/3/2026.<br>Any Attorney not yet registered with the Court's e−filng system shall register on the PACER website www.pacer.gov<br>(Copies have been distributed pursuant to the NEF – ALZ) (Entered: 02/03/2026) |
| 02/10/2026 | 16 | ORDER Granting 9 Motion to Transfer Venue, Granting 6 and 8 Motions to Seal, Denying as moot 10 Motion to Stay, and Closing Case. The Clerk of Court is instructed to TRANSFER this case to the United States District Court for the Northern District of California and CLOSE THIS CASE. Signed by Judge Jennifer A. Dorsey on 2/10/2026. (Copies have been distributed pursuant to the NEF – AF) (Entered: 02/12/2026) |